**Order entered November 2, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00997-CV

**STEVEN EUGENE FLOYD, Appellant**

**V.**

**SHANNA NICOLE FLOYD, Appellee**

**On Appeal from the 292nd Judicial District Court
Dallas County, Texas
Trial Court Cause No. CV15-00307-V**

## ORDER

In accordance with the Court's October 20, 2015 order, court reporter Deborah Slovak has informed us that appellant has been notified of the fees for preparing the reporter's record but has failed to pay or make arrangements to pay them. Accordingly, we **ORDER** the appeal submitted without the reporter's record. *See* TEX. R. APP. P. 37.3(c). As the clerk's record has been filed, appellant shall file his brief no later than December 2, 2015.

/s/     CRAIG STODDART
JUSTICE